NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000091
17-DEC-2013
09:20 AM

NO. CAAP-12-0000091

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

MARY A. CARVALHO, Claimant-Appellant, v. DIANE'S CLEANING
CONTRACTOR, Employer-Appellee, and HAWAI'I EMPLOYERS' MUTUAL
INSURANCE CO., Insurance Carrier-Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2010-111(M)
(7-07-03343)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Leonard and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) On February 10, 2012, Claimant-Appellant Mary A.
Carvalho (Appellant) filed a notice of appeal;

(2) The record on appeal was filed April 5, 2012, and
the appellate clerk informed Appellant that, among other things,
the opening brief was due by May 15, 2012;

(3) Thereafter, Appellant received thirteen extensions
of time for the opening brief, with the most recent order, filed
August 21, 2013, extending the due date to October 14, 2013, and
indicating that no further extensions would be granted;

(4) Appellant did not file an opening brief;

(5) On November 12, 2013, the appellate clerk informed Appellant that the time for filing the opening brief had expired and, pursuant to Hawaiʻi Rules of Appellate Procedure Rule 30, the matter would be called to the court's attention on November 22, 2013, for such action as the court deems proper, which could include dismissal; and

(6) Thereafter, Appellant did not file the opening brief, or respond to the notice of default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, December 17, 2013.

Chief Judge

Associate Judge

Associate Judge